IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA GOYNE and BRITTANY STUTZMAN**                             **PLAINTIFF**

vs.                                    No. 4:21-cv-199-KGB

**PROPEL TRUCKING, INC.,**                                          **DEFENDANTS**
**and MARC CAMPBELL**

### JOINT MOTION TO CONTINUE TRIAL DATE

Come Plaintiff and Defendants, by and through their undersigned attorneys, and for their Joint Motion to Continue Trial Date, allege and state the following:

1.      This case is currently set for a bench trial at 9:00 a.m. sometime during the week of June 5, 2023, before the Honorable Kristine G. Baker.

2.      Plaintiffs' counsel has a jury trial before the Honorable D.P. Marshall Jr. in the matter of *Brock-Burchett v. McNew Fabrication Inc., et al.*, No. 4:20-cv-374 (DPM) that same week which was set before the trial in this matter. Additionally, based on the status of the case, it is very unlikely to settle prior to trial.

3.      Therefore, the Parties request that the trial currently set for June 5, 2023, be extended for a period of at least sixty (60) days. The Parties also request that all remaining pretrial deadlines be extended an equal number of days in order to allow the parties an additional opportunity to explore settlement if the continuance is granted.

4.      The requested extension would not prejudice either party, and this Motion is not being filed for any improper purpose or for delay.

WHEREFORE, for the reasons stated above, the Parties respectfully request the

Court grants this Motion and continue the trial date and remaining pretrial deadlines for a period of at least sixty (60) days.

                Respectfully submitted,

                **PLAINTIFF CYNTHIA GOYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **PROPEL TRUCKING, INC. AND MARC CAMPBELL, DEFENDANTS**

FUQUA CAMPBELL
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
Telephone: (501) 374-0200
Facsimile: (501) 975-7153

/s/ *Phil W. Campbell*
Phil W. Campbell
Ark. Bar No. 81028
pcampbell@fc-lawyers.com

Chris Stevens
Ark. Bar No. 2012289
cstevens@fc-lawyers.com