# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CYNTHIA GOYNE,** *et al.*                                                                                   **PLAINTIFF**

v.                                          Case No. 4:21-cv-00199-KGB

**PROPEL TRUCKING INC.,** *et al.*                                                                      **DEFENDANTS**

## ORDER

    Before the Court is the parties' joint motion to continue trial date (Dkt. No. 21). The parties seek a minimum 60-day continuance of the trial date in this case and an equal extension of all unexpired pre-trial deadlines (*Id.*, ¶ 3). For good cause shown, the Court grants the motion. The Court removes this case from the June 5, 2023, trial calendar and extends all unexpired pre-trial deadlines. The Court will reset the trial date and all unexpired pre-trial deadlines by separate Order.

    So ordered this 10th day of April, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge