IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| CYNTHIA GOYNE and<br>BRITTANY STUTZMAN | | PLAINTIFFS |
| vs. | No. 4:21-cv-199-KGB | |
| PROPEL TRUCKING, INC. and<br>MARC CAMPBELL | | DEFENDANTS |

## JOINT STATUS REPORT

Come the Plaintiffs and Defendants, by and through their undersigned attorneys, and for their Joint Status Report, set forth the following:

1. The parties have not conducted a settlement conference.

2. The prospects for settlement are poor.

3. The parties estimate that the trial will take two to three days to complete.

      Respectfully Submitted,

      SANFORD LAW FIRM, PLLC
      Kirkpatrick Plaza
      10800 Financial Centre Pkwy, Suite. 510
      Little Rock, Arkansas 72211
      (501) 221-0088 – Telephone
      (888) 787-2040 – Facsimile

By:   /s/ Sean Short
       Sean Short, AR Bar No. 2015079
       sean@sanfordlawfirm.com
       Josh Sanford, AR Bar No. 2001037
       josh@sanfordlawfirm.com

      COUNSEL FOR PLAINTIFFS

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

By: /s/ Phil Campbell
Phil Campbell, AR Bar No. 81028
pcampbell@fc-lawyers.com
Chris Stevens, AR Bar No. 2012289
cstevens@fc-lawyers.com

COUNSEL FOR DEFENDANTS