IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA GOYNE and BRITTANY STUTZMAN**                               **PLAINTIFFS**

vs.                    No. 4:21-cv-199-KGB

**PROPEL TRUCKING, INC.,**                                             **DEFENDANTS**
**and MARC CAMPBELL**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### AS TO PLAINTIFF BRITTANY STUTZMAN

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal, without prejudice, of Plaintiff Brittany Stutzman from the above-captioned lawsuit. This voluntary dismissal is not intended to prejudice or otherwise impact the claims of Plaintiff Cynthia Goyne.

Page 1 of 2
Cynthia Goyne, et al. v. Propel Trucking, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-199-KGB
Joint Stipulation of Dismissal Without Prejudice
as to Plaintiff Brittany Stutzman

Respectfully submitted,

**CYNTHIA GOYNE and BRITTANY STUTZMAN, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **PROPEL TRUCKING, INC. AND MARC CAMPBELL, DEFENDANTS**

FUQUA CAMPBELL
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
Telephone: (501) 374-0200
Facsimile: (501) 975-7153

/s/ *Phil W. Campbell* (w/permission)
Phil W. Campbell
Ark. Bar No. 81028
pcampbell@fc-lawyers.com

Chris Stevens
Ark. Bar No. 2012289
cstevens@fc-lawyers.com

Page 2 of 2
Cynthia Goyne, et al. v. Propel Trucking, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-199-KGB
Joint Stipulation of Dismissal Without Prejudice
as to Plaintiff Brittany Stutzman