**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CYNTHIA GOYNE,** *et al.*                                                                                          **PLAINTIFF**

**v.**                                           **Case No. 4:21-cv-00199-KGB**

**PROPEL TRUCKING INC.,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Pursuant to the Third Amended Final Scheduling Order, this case is set for trial the week of August 21, 2023 (Dkt. No. 23). A pending criminal case will proceed to trial that week. On the Court's own motion, the Court removes this case from the trial calendar for the week of August 21, 2023. A new trial date will be set by separate order.

It is so ordered this 14th day of August, 2023.

_____
Kristine G. Baker
United States District Judge