IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA GOYNE,** *et al.* **PLAINTIFF**

v.   Case No. 4:21-cv-00199-KGB

**PROPEL TRUCKING INC.,** *et al.* **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation for dismissal without prejudice as to plaintiff Brittany Stutzman (Dkt. No. 31). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation and dismisses without prejudice Ms. Stutzman as a party to this lawsuit. All other claims remain pending.

It is so ordered this 14th day of August, 2023.

Kristine G. Baker
United States District Judge