IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CYNTHIA GOYNE and
BRITTANY STUTZMAN                                                    PLAINTIFFS

vs.                              No. 4:21-cv-199-KGB

PROPEL TRUCKING, INC. and
MARC CAMPBELL                                                        DEFENDANTS

## JOINT STATUS REPORT

Come the Plaintiff, Cynthia Goyne, and Defendants, Propel Trucking, Inc. and Marc Campbell, by and through their undersigned attorneys, and for their Joint Status Report, set forth the following:

1. The parties conducted a settlement conference on August 11, 2023.

2. The prospects for settlement are poor.

3. Plaintiff Brittany Stutzman has been dismissed from this case. As a result, the parties are confident that the trial will be completed in one day.

4. The parties have filed their pretrial disclosure sheets, trial briefs, stipulations, and findings of fact and conclusions of law.

1

Respectfully Submitted,

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite. 510
Little Rock, Arkansas 72211
(501) 221-0088 – Telephone
(888) 787-2040 – Facsimile

By: /s/ Sean Short
Sean Short, AR Bar No. 2015079
sean@sanfordlawfirm.com
Josh Sanford, AR Bar No. 2001037
josh@sanfordlawfirm.com

COUNSEL FOR PLAINTIFFS


FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

By: /s/ Phil Campbell
Phil Campbell, AR Bar No. 81028
pcampbell@fc-lawyers.com
Chris Stevens, AR Bar No. 2012289
cstevens@fc-lawyers.com

COUNSEL FOR DEFENDANTS