# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CYNTHIA GOYNE**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:21-cv-00199 KGB**

**PROPEL TRUCKING, INC.,**
**and MARC CAMPBELL**                                                                          **DEFENDANTS**

## ORDER

On October 25, 2023, plaintiff's counsel informally communicated to the Court that this case has been resolved. The Court directs the parties to file a joint stipulation of dismissal or a status report within 30 days of the entry of this Order. The Court, *sua sponte*, removes this case from the trial calendar for the week of October 30, 2023.

It is so ordered this 25th day of October, 2023.

_____
Kristine G. Baker
United States District Judge