IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA GOYNE**                                                                                       **PLAINTIFF**

vs.                                             No. 4:21-cv-199-KGB

**PROPEL TRUCKING, INC.,**                                                                **DEFENDANTS**
**and MARC CAMPBELL**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own fees and costs.

Respectfully submitted,

**PLAINTIFF CYNTHIA GOYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **PROPEL TRUCKING, INC. AND MARC**
       **CAMPBELL, DEFENDANTS**

Page 1 of 2
Cynthia Goyne, et al. v. Propel Trucking, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-199-KGB
Joint Stipulation of Dismissal with Prejudice

FUQUA CAMPBELL
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
Telephone: (501) 374-0200
Facsimile: (501) 975-7153

<u>/s/ *Phil W. Campbell*</u> (w/permission)
Phil W. Campbell
Ark. Bar No. 81028
pcampbell@fc-lawyers.com

Chris Stevens
Ark. Bar No. 2012289
cstevens@fc-lawyers.com

**Page 2 of 2**
**Cynthia Goyne, et al. v. Propel Trucking, Inc., et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:21-cv-199-KGB**
**Joint Stipulation of Dismissal with Prejudice**