**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CYNTHIA GOYNE**                                                                                              **PLAINTIFF**

v.                                    Case No. 4:21-cv-00199 KGB

**PROPEL TRUCKING, INC.,**
**and MARC CAMPBELL**                                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 40). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses the action with prejudice, with each party to bear its own fees and costs.

It is so ordered this 4th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge